# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 94-41049
Summary Calendar

DONNA RAE ORTEGO,

Plaintiff-Appellant,

versus

DONNA SHALALA, Secretary of
Health and Human Services,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(93-CV-881)

September 23, 1996

Before POLITZ, Chief Judge, HIGGINBOTHAM and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Donna Rae Ortego appeals an adverse summary judgment in favor of the

Secretary of Health and Human Services denying her application for supplemental

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

security income benefits. Our review of the record reveals neither error of law nor fact nor abuse of discretion. We therefore affirm, doing so on the basis of the facts as found, analysis made, and authorities cited by the magistrate judge in her Report and Recommendation filed July 11, 1994 which was implicitly approved and adopted by the district court in its Judgment filed August 4, 1994.

The judgment appealed is AFFIRMED.